**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:  STANFORD ENTITIES SECURITIES LITIGATION | MDL No. 2099 |
| | **AMENDED PROOF OF SERVICE** |

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing document were served upon counsel for Defendant Pershing LLC via email on November 20, 2015.

Thomas M. Farrell, Esq.
MCGUIREWOODS LLP
600 Travis Street, Suite 7500
Houston, TX 77002-2906
713.353.6677 (Direct Line)
832.214.9933 (Direct FAX)
tfarrell@mcguirewoods.com
*Attorneys for Defendant Pershing, LLC*

Jeffrey J. Chapman, Esq.
MCGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor (7th Flr)
New York, NY 10105-0106
212.548.7060 (Direct Line)
212.715.6277 (FAX)
jchapman@mcguirewoods.com
*Attorneys for Defendant Pershing, LLC*

Dated: November 20, 2015


           /s/ Lindsey H. Taylor
           LINDSEY H. TAYLOR

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
Fax: (973) 994-1744
ltaylor@carellabyrne.com

Attorneys for Plaintiff T. Denny Sanford